UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RONALD M. MAIER,<br><br>    Plaintiff,<br><br>  v.<br><br>LOUIS OROSCO, et al.,<br><br>    Defendants. | Case No. ED CV 12-1122 GAF (AJW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report"). No objections were filed within the time allowed. Good cause appearing, the Court accepts the findings and recommendations contained in the Report.

**IT IS SO ORDERED**.

DATED: October 25, 2012

_____
GARY A. FEESS
United States District Judge