**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | | |
|---|---|---|
| **RONALD. M. MAIER,** | ) | |
| Plaintiffs, | ) | No. EDCV 12-1122 GAF (AJW) |
| v. | ) | |
| | ) | **J U D G M E N T** |
| **LOUIS OROSCO, et al.,** | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that plaintiff's claims for injunctive relief are dismissed without prejudice, and his damages claims are stayed pending the filing of a written request by plaintiff to lift the stay upon the termination of his state conservatorship proceedings.

Dated: October 25, 2012

_____
GARY A. FEESS
United States District Judge